# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2009

138615

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MORTE SCOTT,
        Defendant-Appellant.

SC: 138615
COA: 290294
Wayne CC: 05-005831-FH

_____/

On order of the Court, the application for leave to appeal the March 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2009

_____
Clerk

1020